UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TORRES-HURTADO,<br><br>    Petitioner,<br><br>v.<br><br>USP LOMPOC WARDEN, JOHN DOE,<br><br>    Respondent. | Case No.  1:23-cv-00040-HBK (HC)<br><br>ORDER TRANSFERRING CASE TO THE WESTERN DIVISION OF THE CENTRAL DISTRICT OF CALIFORNIA<br><br>(Doc. No. 1) |

    Petitioner, a federal inmate, initiated this action while incarcerated at the United States Penitentiary in Lompoc, California, by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 alleging miscalculation by the Bureau of Prisons ("BOP") in the execution of his sentence. (Doc. No. 1 at 2, 4). The Court TRANSFERS this petition to the Central District of California.

    Under 28 U.S.C. § 2241(d), jurisdiction is proper in the judicial district where the petitioner was convicted or where the petitioner is incarcerated. *See* 28 U.S.C. § 2241(d); *Rumsfeld v. Padilla*, 542 U.S. 426, 428 (2004). However, "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). As a general rule, "[t]he proper forum to challenge the execution of a sentence is the district where the prisoner is confined." *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

Because Petitioner filed the petition while incarcerated at the United States Penitentiary in Lompoc, California, which lies in the Western Division of the United States District Court for the Central District of California, the Court finds in its discretion "and in furtherance of justice" the petition should be transferred to the Western Division of the Central District of California. 28 U.S.C. §§ 1404(a), 2241(d).

**Accordingly:**

1. The Clerk shall transfer this action to the United States District Court for the Central District of California, Western Division; and

2. All future filings shall reference the new case number assigned and shall be filed at:

> United States District Court
> Central District of California
> Western Division
> 255 East Temple Street
> Los Angeles, CA 90012-3332

Dated:   January 12, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2